NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $109,515.00 AND $126,000.00 IN U.S. CURRENCY | 19CM00401 <br> EX PARTE APPLICATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT <br><br> [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dan G. Boyle, hereby files its <u>ex parte</u> application to extend the deadline to file a civil forfeiture complaint from December 22, 2019, to February 20, 2020.

//

//

This application is based upon the attached declaration of Dan G. Boyle.

Dated: December 20, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF DANIEL G. BOYLE**

I, Daniel G. Boyle, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case.

2. On or about September 23, 2019 claimant Jin Liang Li ("claimant") filed a written claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to $109,515.00 and $126,000 seized by DEA Agents on May 28, 2019 (the "Defendant Currency").

3. The DEA has sent the written notice of intent to forfeiture required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. No person other than the claimant has filed a claim to the Defendant Currency as required by law in the administrative forfeiture proceeding.

4. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is Sunday, December 22, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

5. The government currently expects to make a pre-filing settlement proposal which may resolve this dispute without the need for filing of a civil forfeiture complaint. I believe that the requested extension of time to file a civil forfeiture complaint will

3

facilitate pre-filing settlement discussions, and would thus serve the purposes of judicial economy.

6. I am also currently scheduled to begin two weeks of paternity leave on December 30, 2019, and therefore expect to be unable to discuss or negotiate any proposed pre-filing settlement terms during that time.

7. On December 18, 2019, I contacted counsel for claimant by e-mail requesting claimant's consent to an extension, but at the time of this filing, have not yet received a response.

8. Accordingly, the government respectfully requests that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the assets are subject to forfeiture be extended from December 22, 2019, to February 20, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 20, 2019.

/s/ Dan G. Boyle
DAN G. BOYLE